157 A.3d 838

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-NENCY, PLAINTIFF–RESPONDENT, v. T.C., DEFENDANT–PETITIONER, AND G.B., DEFENDANT. IN THE MATTER OF THE GUARDIANSHIP OF M.M.C., A MINOR–RESPONDENT.

December 2, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004375–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.